NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARROLLWOOD CROSSINGS )
PROPERTY OWNERS ASSOCIATION, )
INC., )
)
     Petitioner, )
)
v. ) Case No. 2D18-3012
)
R&R LANDSCAPING AND LAWNCARE, )
INC., and GRO-MAX, INC., )
)
     Respondents. )
_____)

Opinion filed January 30, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Elizabeth G.
Rice, Judge.

Barbara J. Prasse and Roxanne Carnegie
of Barbara J. Prasse, P.A., Tampa, for
Petitioner.

Richard F. Meyers of The Meyers Firm,
P.A., Temple Terrace, for Respondent
R&R Landscaping and Lawncare.

No appearance for remaining Respondent.


PER CURIAM.

     Dismissed.

NORTHCUTT, SILBERMAN, and SLEET,, JJ., Concur.